UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OCEANA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PENNY PRITZKER,<br>United States Secretary of Commerce, et al.,[1] | ) ) ) | Civil Action No. 08-1881 (PLF) |
| Defendants, | ) ) ) | |
| and | ) ) | |
| FISHERIES SURVIVAL FUND | ) ) | |
| Defendant-Intervenor. | ) ) ) | |

ORDER

For the reasons set forth in the Opinion issued this same day [Dkt. No. 109], it is hereby

ORDERED that plaintiff Oceana's motion for summary judgment [Dkt. No. 87] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the federal defendants' motion for summary judgment [Dkt. No. 88] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that defendant-intervenor Fishery Survival Fund's motion for summary judgment [Dkt. No. 91] is GRANTED in part and DENIED in part; it is

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes as defendant the current Secretary of Commerce, Penny Pritzker, for former Acting Secretary Rebecca M. Blank.

2

FURTHER ORDERED that this matter is REMANDED WITHOUT VACATUR to the National Marine Fisheries Service for the limited purpose outlined in the accompanying Opinion; and it is

FURTHER ORDERED that the parties shall meet and confer with regard to setting a schedule according to which the National Marine Fisheries Service will address the deficiencies identified in the accompanying Opinion.  On or before January 16, 2015, the parties shall inform the Court in writing whether they have reached an agreement on a schedule.  If they are not in agreement, they shall inform the Court of their respective positions regarding such a schedule.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 17, 2014